UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 8:05-cr-498-T-17MSS

DONALD R. HARTWIG,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the court upon the filing of a Motion by the United States of America for a Final Order of Forfeiture for the following property:

1. One 2004 Chevrolet 3500 pick-up truck, VIN: 1GCJK33284F216789, seized from the defendant on or about July 1, 2005; and

2. $3,610.00 in U.S. currency seized collectively from the defendant and Abraham Saucedo-Lopez on or about July 1, 2005.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion of the United States is GRANTED.

It is further ORDERED that the above-referenced property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2).

It is further ORDERED that the United States Marshals Service be and is hereby given full possession and control of the property for disposition pursuant to law.

It is further ORDERED that as soon as practicable after entry of the Final Order of Forfeiture, the United States shall pay MemberSource Credit Union $15,000.00, in full satisfaction of their lien.

DONE and ORDERED in Chambers in Tampa, Florida, this 9TH day of October, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record

2